UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OSCAR SALTO,<br>　　　Plaintiff and all others similarly situated under 29 USC 216(B),<br>　　　vs.<br><br>SEQUALS NEL MONDO, INC.<br>JASMINE GAUTHIER<br>ALESSANDRO DEMARTIN<br>　　　Defendants | Case No.:07-22691-CIV-ALTONAGA |

## FINAL DEFAULT JUDGMENT PURSUANT TO 29 U.S.C. § 216(b) AS TO ALESSANDRO DEMARTIN

Pursuant to 29 U.S.C. § 216(b), it is hereby ordered and adjudged that Plaintiff, c/o the Client Trust Account of J.H. Zidell P.A., take the following sum from Defendant, ALESSANDRO DEMARTIN, jointly and severally, which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue:

**Overtime Claim:**

Straight Time/Minimum Wage Claims:
Amount per hour not compensated: $27.50
Number of Unpaid Hours: 72
Total wages unpaid and liquidated damages: $1,980 X 2 = **$3,960**

　　　DONE AND ORDERED in Chambers, at Miami, Florida, this 29th day of January, 2008.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

Copies to:　　Counsel of Record
　　　　　　　Defendants