UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OSCAR SALTO,<br>     Plaintiff and all others similarly situated under 29 USC 216(B),<br>   vs.<br><br>SEQUALS NEL MONDO, INC.<br>JASMINE GAUTHIER<br>ALESSANDRO DEMARTIN<br>     Defendants | Case No.:07-22691-CIV-ALTONAGA |

### FINAL JUDGMENT OF ATTORNEY FEES AND COSTS PURSUANT TO 29 USC 216 (B) AND LOCAL RULE 7.3

Pursuant to 29 U.S.C. 216(b) and Local Rule 7.3 it is hereby ordered and adjudged that Judgment against the above captioned Defendants is entered. Defendants SEQUALS NEL MONDO, INC., ALESSANDRO DEMARTIN and JASMINE GAUTHIER are jointly and severally responsible for fees in the amount of $1,920 along with $440 in costs. Therefore let execution issue in the total amount of **$2,360** to be paid by the Defendants c/o the Client Trust Account of J.H. Zidell P.A., which sum shall bear interest at the legal rate from the date of this judgment onward.

DONE AND ORDERED in Chambers, Miami-Dade County, Fla. on this 29 day of January, 2008.

_____
U.S. DISTRICT COURT JUDGE

Copies to:   Counsel of Record
             Defendants